IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ISMAEL ENRIQUE FERNANDEZ-VASQUEZ | § § § | |
| VS. | § § | CIVIL CASE NO. 4:25-CV-609-SDJ |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Bill Davis, who issued a Report and Recommendation (Dkt. #12), concluding that the petition for writ of habeas corpus should be dismissed without prejudice. No objections were timely filed.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE